FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 23 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:13CR00090 KGB |
| vs. | ) | |
| | ) | |
| TROY DION ALLEN, et al | | |

## MOTION TO UNSEAL

Upon request of the United States, the indictment in this case was ordered sealed by the Honorable Beth Deere on April 2, 2013, until the defendants were in custody or had been released pending trial. To date, all but one of the defendants have been arrested. The whereabouts of that remaining defendant are currently unknown. Therefore, the United States requests that the indictment be unsealed at his time.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_____
MICHAEL GORDON
Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: michael.gordon@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be unsealed by this order.

4.23.13
DATE

_____
UNITED STATES MAGISTRATE JUDGE