IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                         NO. 4:13CR00090-03-KGB

YUSTIN C. JORDAN, III                                                          DEFENDANT

## ORDER

The Government has moved for revocation of Defendant Yustin C. Jordan's pretrial release for failure to follow conditions of release. (Docket entry #114) The Clerk is directed to issue a summons, and the United States Marshal is directed to serve the summons, upon Mr. Jordan requiring to appear at a revocation hearing before United States Magistrate Judge Beth Deere on May 22, 2013, at 10:00 a.m. and to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 15th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE