IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

VS.                NO. 4:13CR00090-05-KGB

ANTONIO CREDIT                  DEFENDANT

## ORDER

Defendant Antonio Credit is currently incarcerated in the Arkansas Department of Correction. Because of his pending federal criminal charges, the U.S. Marshal filed a detainer to assume custody of Mr. Credit when he is released by the Arkansas Department of Correction ("ADC"). (Docket entry #99)

Mr. Credit has moved for release from the detainer and an order setting conditions for pretrial release so that he would be eligible to be considered for a work-release program offered by the ADC. (#148)

After a hearing held this date, the Court declines to set conditions of release. In coming to this decision, the Court has considered Mr. Credit's criminal history spanning more than twenty years and the serious federal charges he is currently facing.

Accordingly, Mr. Credit's motion for bond conditions (#148) is DENIED, this 12th day of September, 2013.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE