# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

v.                            Case No. 4:13CR00090 KGB

**TROY DION ALLEN, ET AL.**                                             **DEFENDANTS**
**(Defendants 1-9, 11, and 12)**

## ORDER

Pending before the Court is defendant Jose Contreras's motion for continuance of the trial of this matter currently set for Monday, December 2, 2013, (Dkt. No. 158). The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion for continuance will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

The defendants are currently set for jury trial to begin on Monday, December 2, 2013, with the exception of defendant Zyphria Watts. As of this date, Ms. Watts has not been arrested on the Indictment. The Court finds that no severance has been granted in this matter. Since the defendants are jointly indicted on similar evidence from the same event, their trial date should be conducted on the same date.

IT IS THEREFORE ORDERED that any defendant opposing defendant Jose Contreras's motion for continuance must file a response in opposition on or before **November 5, 2013.** It will not be necessary for any defendant who supports the motion for a continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before **November 5, 2013**, joins in the motion for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

SO ORDERED this 22nd day of October, 2013.

                                        Kristine G. Baker
                                        United States District Judge